# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WENDY L. WILLIAMS | : | No. 160 WAL 2016 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| DONALD SCOTT AND YVONNE | : | |
| FLOWERS | : | |
| | : | |
| | : | |
| PETITION OF: DONALD SCOTT | : | |

## **ORDER**

**PER CURIAM**

AND NOW, this 10th day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.